IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE JACK BOKIN,

        Petitioner,

No. CV 13-03553 CRB ,

**JUDGMENT IN A CIVIL CASE**

_____/

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that judgment is entered in accordance with the order of dismissal.

Dated: October 24, 2013                  Richard W. Wieking, Clerk

                                                     By: Barbara Espinoza, Deputy Clerk