IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re JACK A. BOKIN, P-67026,

    Petitioner.

No. C 13-3553 CRB (PR)

ORDER OF DISMISSAL

    On July 31, 2013, the clerk filed as a new prisoner habeas action an "informal brief" by petitioner appearing to challenge his state criminal conviction. On that same date, the court notified petitioner in writing that the action was deficient because he did not file an actual petition and pay the requisite filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application. Petitioner was advised that failure to file the requisite items within 28 days would result in dismissal of the action.

    On September 11, 2013, petitioner was granted an extension of time to file a petition and IFP application by no later than October 11, 2013. But more than 12 days since the October 11, 2013 deadline passed petitioner still has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice.

    The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED: 10/24/13

_____
CHARLES R. BREYER
United States District Judge

*US District Judge (for)*

G:\PRO-SE\CRB\HC.13\Bokin, J.12-3553.dsifp.wpd